THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC-8 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JORGE MONDRAGON, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for a reduction in sentence (Dkt. No. 1106) and the Government's motion to seal (Dkt. No. 1119). Having thoroughly considered the briefing and relevant record, the Court hereby DENIES Defendant's motion (Dkt. No. 1106) and GRANTS the Government's motion (Dkt. No. 1119) for the reasons explained herein.

Defendant is serving a 132-month custodial sentence for Conspiracy to Distribute a Controlled Substance and Unlawful Possession of a Firearm and Ammunition. (Dkt. No. 990.) Through a boilerplate filing, he moves for a reduction in sentence, suggesting the COVID-19 conditions at FCI-Sheridan represent extraordinary and compelling circumstances warranting a reduction in sentence pursuant to 18 U.S.C. 3582(c)(1)(A). (Dkt. No. 1106.) For the same reason the Court denied similar motions brought by certain co-defendants, *see* U.S. v. *Gomez-Marentes*, CR20-0092-JCC, Dkt. Nos. 1104, 1105 (W.D. Wash. 2023), the Court DENIES the instant

motion (Dkt. No. 1106).

Separately, the Government moves to maintain under seal medical records attached as an exhibit to its response brief. (*See* Dkt. No. 1119.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Such is the case here. Therefore, the Court finds good cause to maintain this record under seal. The Government's motion to seal (Dkt. No. 1119) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 1120 under seal.

It is so ORDERED this 16th day of October 2023. The Clerk is further DIRECTED to mail a copy of this order to Defendant.

John C. Coughenour
UNITED STATES DISTRICT JUDGE